1
2
3
4
5
6
7
8
9
10                    IN THE UNITED STATES DISTRICT COURT
11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
13   BILLY LOUIS BOOKER,                )
                                         )
14              Petitioner,              )    No. C 07-5384 CRB (PR)
                                         )
15         vs.                           )    ORDER OF TRANSFER
                                         )
16   BOARD OF PAROLE HEARINGS,           )
                                         )
17              Respondent.              )
                                         )
18
19       Petitioner seeks federal habeas review of the execution of a sentence imposed by
20  the Superior Court of the State of California in and for the County of San Francisco,
21  which lies in this judicial district. See 28 U.S.C. § 84(a). Petitioner is incarcerated at
22  California State Prison, Solano in Vacaville, County of Solano, which lies in the Eastern
23  District of California. See id. § 84(b).
24       Venue is proper in a habeas action in either the district of conviction or the
25  district of confinement, id. § 2241(d); however, the district of confinement is the
26  preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a);
27  Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp.
28  265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).

1     Because the County of Solano lies in the Eastern District of California, the court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the Eastern District of California.

    The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: October 26, 2007

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.07\Booker, B1.or1.wpd      2