UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


BILLY LOUIS BOOKER,

        Plaintiff,

  v.

CALIFORNIA STATE BOARD PAROLE HEARINGS et al,

        Defendant.

Case Number: CV07-05384 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Billy Louis Booker C20649
CSP - Solano
4-24-102L
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: October 26, 2007

                                        Richard W. Wieking, Clerk
                                        By: Barbara Espinoza, Deputy Clerk